UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAKEEM HAYES,

    Plaintiff,

v.                                        Case No: 8:21-cv-2502-CEH-JSS

QUALIFIED PROPERTY
MANAGEMENT OF SOUTH
BOULEVARD TOWNHOUSE
CONDOS, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on November 15, 2021 (Doc. 5). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; (2) Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure and sets forth sufficient facts to establish Plaintiff's standing. The Magistrate Judge further recommends that the second amended complaint, if any, be due within twenty (20) days of the date the Report and Recommendation becomes final.

Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint within twenty (20) days from the date of this Order that complies with the Federal Rules of Civil Procedure and sets forth sufficient facts to establish Plaintiff's standing.

(4) Failure to file an amended complaint within the time provided will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Tampa, Florida on December 2, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record